**Larry Noble MAYS, Plaintiff–Appellant,**

v.

**CITY OF LOS ANGELES POLICE DEPARTMENT; et al., Defendants–Appellees.**

**No. 08–55635.**

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 17, 2009.*

Filed Dec. 14, 2009.

Larry Noble Mays, Inglewood, CA, pro se.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Janet Bogigian, Esquire, Assistant City, Blithe Smith Bock, Los Angeles City Attorney's Office, Los Angeles, CA, for Defendants–Appellees.

Before: ALARCÓN, TROTT, and TASHIMA, Circuit Judges.

## MEMORANDUM [**]

Larry Noble Mays appeals pro se from the district court's judgment dismissing without prejudice his 42 U.S.C. § 1983 action for failure to prosecute. We have jurisdiction under 28 U.S.C. § 1291. We review for abuse of discretion, *Ash v. Cvetkov,* 739 F.2d 493, 495 (9th Cir.1984), and we affirm.

Because Mays does not raise any arguments regarding the district court's basis for dismissal, he waives any such challenge on appeal. *See Greenwood v. FAA,* 28 F.3d 971, 977 (9th Cir.1994) ("We review only issues which are argued specifically and distinctly in a party's opening brief. We will not manufacture arguments for an appellant . . . .") (internal citation omitted). Mays's contentions regarding the merits of his underlying claims are unavailing. *See Al–Torki v. Kaempen,* 78 F.3d 1381, 1385 (9th Cir.1996) (stating that a dismissal for failure to prosecute "prevents disposition on the merits").

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).